## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY POWE, | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| v. | ) 08-0696-CB |
| TRANS UNION, L.L.C. and J & J FURNITURE COMPANY, INC., | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

This case is settled. It is therefore **ORDERED** that this case be **DISMISSED** from the active docket of the Court, with prejudice, provided that either party may reinstate the case within thirty days from the date of the entry of this order if the settlement agreement is not consummated.

No other order shall be forthcoming from the Court except upon application by either party for final judgment as prescribed by Rule 58, Federal Rules of Civil Procedure.

**DONE** this 15th day of June, 2009.

*s/Charles R. Butler, Jr.*
**Senior United States District Judge**